# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | DR:22-CR-02934(1)-AM |
| | § | |
| (1) RONALD MALIK KASHAKA | § | |

## ORDER RESETTING SENTENCING

      IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Monday, January 08, 2024 at 03:20 PM**.

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

      IT IS SO ORDERED this 18th day of October, 2023.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE